UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tahoe Regional Planning Agency, | No. 2:21-cv-02235-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Danil Reziapkine, | |
| Defendant. | |

Plaintiff Tahoe Regional Planning Agency (TRPA) has attempted to serve its complaint and summons on defendant Danil Reziapkine in a variety of ways. *See* Marshall Decl. ¶¶ 6–8, ECF No. 12-2. After seven failed attempts, it now requests an order permitting service by publication. *See generally* Mem., ECF No. 12-1.

Under Federal Rule of Civil Procedure 4(e)(1), the court looks to California law to determine the permissibility of service by publication. Under California law, "[a] summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified" in Article 3 of the California Code of Civil Procedure. Cal. Civ. Proc. Code § 415.50(a). Other relevant methods specified in Article 3 include personal delivery, *see id.* § 415.10; delivery to someone else at the party's usual residence or place of business with a

/////

subsequent mailing, *see id.* § 415.20; and service by mail with confirmation of receipt, *see id.* § 415.30.

TRPA has acted with reasonable diligence in attempting to locate and effect service on defendant using the methods prescribed by California law, and it has exhausted its efforts to do so. *See* Marshall Decl. ¶¶ 6–8 (describing repeated attempts to effect personal service, substitute service, and service by mail, along with other methods, at defendant's registered address). The court is also satisfied that a cause of action exists against Mr. Reziapkine. *See* Cal. Civ. Proc. Code § 415.50(a)(1) (noting, as relevant here, that court must be satisfied that "a cause of action exists against the party upon whom service is to be made"); Marshall Decl. ¶ 4 (describing lawsuit against Reziapkine). Accordingly, the court **grants** TRPA's application for an order permitting service of the complaint and summons by publication.

TRPA is directed to serve defendant by publication in a newspaper of general circulation in Gold River, California. *See* Cal. Code Civ. Proc. § 415.50(b). TRPA is further directed to mail a copy of the complaint, the summons, and the order for publication to defendant if his address is ascertained within the next sixty days. *Id.* Moreover, TRPA shall comply with California Government Code section 6064, which provides that the publication must occur once a week for four successive weeks. TRPA shall have sixty days from the date of this order in which to effect service by publication, and it shall file proof of its doing so within seventy-five days of this order.

This order resolves ECF No. 12.

IT IS SO ORDERED.

DATED: August 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE