UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY,<br><br>              Plaintiff,<br><br>    v.<br><br>DANIL REZIAPKINE,<br><br>              Defendant. | No. 2:21-cv-02235-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 26, 29) |

On December 3, 2021, plaintiff filed this civil action against defendant Danil Reziapkine. (Doc. No. 1.) The Clerk of the Court entered default as to defendant because defendant was served with the summons and complaint and did not file a timely answer, responsive pleading, or otherwise appear in this action. (Doc. Nos. 20, 25.) On April 21, 2023, plaintiff filed the pending motion for default judgment. (Doc. No. 26.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On June 21, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted. (Doc. No. 29.) The findings and recommendations provided that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 7.) To date, no objections have been filed and the time for doing so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 21, 2023 (Doc. No. 29) are adopted in full;
2. Plaintiff's motion for default judgment against defendant (Doc. No. 26) is granted;
3. Default judgment is entered in favor of plaintiff and against defendant in the amount of $75,000.00 for civil penalties;
4. Defendant is hereby permanently enjoined from operating a rental concession without a permit and from anchoring or mooring any watercraft that he owns or controls in the waters of Lake Tahoe, except for moorings that have been approved by plaintiff Tahoe Regional Planning Agency; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 20, 2023**

_____
UNITED STATES DISTRICT JUDGE