1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAHOE REGIONAL PLANNING                    No.  2:21-cv-02235-DAD-JDP
     AGENCY,
12
                     Plaintiff,
13                                              ORDER RELATING AND REASSIGNING
                                                CASE
     v.
14
     DANIL REZIAPKINE,
15
                     Defendant.
16
     TAHOE REGIONAL PLANNING                    No.  2:24-cv-02862-DC-SCR
17   AGENCY,

18                   Plaintiff,                 **New Case No.  2:24-cv-02862-DAD-JDP**

19   v.

20   DANIL REZIAPKINE, et al.,

21                   Defendants.

22

23          An examination of the above-captioned actions reveals that they are related within the

24   meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the

25   same district judge and magistrate judge will promote substantial efficiency and economy for the

26   court and is likely to be convenient for the parties.

27          An order relating cases under this court's Local Rule 123 merely assigns them to the same

28   district judge and magistrate judge—it does not consolidate the cases.  The local rules of this

                                                 1

district authorize the judge with the lowest numbered case to order the reassignment of any higher

numbered cases to himself or herself, upon determining that this assignment is likely to effect a

savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that

Case No. 2:24-cv-02862-DC-SCR is reassigned to the undersigned and Magistrate Judge Jeremy

D. Peterson.  The caption on documents filed in the reassigned case shall be shown as:  2:24-cv-

02862-DAD-JDP.  It is further ordered that the Clerk of the Court make appropriate adjustment in

the assignment of civil cases to compensate for this reassignment.

 IT IS SO ORDERED.

Dated:    **November 8, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2