1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TAHOE REGIONAL PLANNING AGENCY, | No. 2:21-cv-02235-DAD-JDP |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DANIL REZIAPKINE, | |
| Defendant. | |

Plaintiff Tahoe Regional Planning Agency filed a complaint against defendant Danil Reziapkine initiating this action on December 3, 2021. (Doc. No. 1.) On November 1, 2022, the clerk issued an entry of default against defendant. (Doc. No. 20.) On December 28, 2022, defendant attempted to file a belated answer to the complaint, which was stricken on March 21, 2023. (Doc. Nos. 21, 25.) On July 21, 2023, the court granted plaintiff's motion for default judgment. (Doc. No. 31.) In the order, the court permanently enjoined defendant from "operating a rental concession without a permit and from anchoring or mooring any watercraft that he owns or controls in the waters of Lake Tahoe, except for moorings that have been approved by plaintiff Tahoe Regional Planning Agency." (Doc. No. 31 at 2.) Judgment was entered in favor of plaintiff and against defendant in the amount of $75,000 for civil penalties. (Doc. Nos. 31, 32.)

1

1        On February 4, 2025, plaintiff filed a motion for an order to show cause why plaintiff should not be held in civil contempt. (Doc. No. 36.) Plaintiff attached to this motion evidence that defendant has continued to operate, and indeed expand, an unpermitted boat rental concession on Lake Tahoe in violation of the court's judgment. (Doc. Nos. 36-2–36-6.) Plaintiff also reports that defendant has not paid the civil penalty awarded to plaintiff by the court's judgment entered in this case. (Doc. No. 36-1 at 5.) Defendant filed no response to plaintiff's motion, and neither defendant nor his counsel of record appeared at the court's March 17, 2025 hearing on plaintiff's motion.

Accordingly,

1. As stated at the March 17, 2025 hearing, plaintiff's motion for an order compelling defendant to show cause why he should not be held in civil contempt (Doc. No. 36) is GRANTED;

2. Defendant shall appear in person before this court in Courtroom 4 of the courthouse located at 501 I Street, Sacramento, California 95814 on **May 5, 2025** at 1:30 p.m. and show cause at that time why he should not be held in civil contempt;

3. Plaintiff shall personally serve defendant with this order or make best efforts to do so, and file a proof of service evidencing the same, on or before April 7, 2025;

4. If plaintiff is unable to personally serve defendant with this order, plaintiff shall attempt to notify defendant in some other manner and inform the court of such efforts at or before the May 5, 2025 hearing;

5. Defendant shall file any opposition to plaintiff's motion by April 21, 2025;

6. Plaintiff may file a reply by April 28, 2025; and

/////
/////
/////
/////
/////

2

7. If defendant fails to file an opposition and/or fails to appear at the scheduled hearing, the court may find defendant in civil contempt and enter an appropriate order against defendant at such time without further notice being given.

IT IS SO ORDERED.

Dated: __**March 18, 2025**__           *Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE